Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY SWAIM,<br>　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>　　　Defendant. | 3:13-cv-00287-HZ<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The Court finds and orders an attorney fee of $8,284.75 pursuant to 42 U.S.C. § 406(b). The attorney fee of $1,001.73 paid pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this  31st  day of August, 2015.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Court Judge